UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Mr. MARCUS MABLE, JR.<br><br>   Plaintiff,<br><br>v.<br><br>TERRENCE E. CONKEL, MICHELLE BARLEY, JESSICA SYMMS, MARK THIELAND, BARB STOLTZ, JOE DUROCHER, and MARK METZ,<br><br>   Defendants. | Civil No. 05-2364 (JNE/JJG)<br><br>**ORDER** |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application for leave to proceed in forma pauperis, (Docket Nos. 2 and 6), is **DENIED**;

2. This action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1);

3. Plaintiff is required to pay the unpaid balance of the Court filing fee, namely the full $250, in accordance with 28 U.S.C. § 1915(b)(2); and

4. The dismissal of this action is counted as a "strike" against Plaintiff for purposes of 28 U.S.C. § 1915(g).

Dated: January 4, 2006.                          s/ Joan N. Ericksen
                                                 JOAN N. ERICKSEN
                                                 Judge, U.S. District Court